ACCEPTED
01-15-00675-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 3:15:14 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS

FIRST  SUPREME JUDICIAL DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 3:15:14 PM
CHRISTOPHER A. PRINE
Clerk

JAVIER MORENO                                      }

VS.                                                           }          No. 01-15-00675-CR

THE STATE OF TEXAS                           }

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE  BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES  NOW    JAVIER  MORENO,   appellant  in  the  above  cause,  under  the

authority of Tex. R. App. P. 10.5(b) & 38.6(d), and would respectfully request this Court to

grant this motion for extension of time to file his brief.  In support of said motion, appellant

would show as follows:

I.

This appeal lies from appellant's conviction in  *The State of Texas vs. Javier Moreno,*

Cause No. 1038733  in the 174th    Judicial District Court, Harris County, Texas.  The record

reflects the  Defendant  plead not guilty to Indecency with a Child, on July 13, 2015.   On

July 14  2015, a Court  Trial  was held.   On July 15, 2015 the Court found the Defendant

guilty and  sentenced the Defendant to 4  years T.D.C..   No Motion for New Trial was filed.

Notice of Appeal was filed on July 15, 2015.  An Amended Notice of Appeal was filed July

27, 2014.

This Court has jurisdiction pursuant to Tex. R. App. P. 26.2(a)(Vernon Pamphlet

2015).

II.

This is Appellant's first request for an extension of time. The current deadline for appellant to file his brief is October 15, 2015. The Appellant is requesting a thirty (30) day extension of time, until November 15, 2015.

III.

An extension of time is necessary so that counsel can adequately brief the issues presented.

WHEREFORE PREMISES CONSIDERED, appellant prays this Honorable Court grant this requested extension of time to file the brief.

Respectfully submitted,

/s/ Sharon Slopis

Sharon Slopis
P.O. Box 980803
Houston, Tx 77098
(713) 529-0771
TBC# 18511300
ATTORNEY FOR APPELLANT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on  October 13, 2015,  a true and correct copy of the foregoing motion was tendered to the Clerk of the Court to be deposited in the box reserved for the Harris County District Attorney's Office.

/s/ Sharon Slopis

Sharon Slopis,

ATTORNEY   FOR THE APPELLANT

IN THE COURT OF APPEALS
FIRST  SUPREME JUDICIAL DISTRICT
HOUSTON, TEXAS

JAVIER MORENO                                            }

VS.                                                      }        No. 01-15-00675-CR

THE STATE OF TEXAS                                       }


**ORDER**

BE IT REMEMBERED, that on this day came to be heard the foregoing Appellant's

Appellant's Motion for  Extension of Time to File Brief.  Defendant's motion is hereby

GRANTED/DENIED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2015 .


_____

JUDGE PRESIDING